not used





**FILED**

JUL 2 4 2008

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Kiritkumar B. Patel & <br> Ridhdhiben M. Patel <br><br> PLAINTIFFS, <br><br> V. <br><br> Michael Chertoff, as the Director <br> of the Department of Homeland Security; <br> Emilio Gonzalez, Director of U.S. <br> Citizenship and Immigration Services; <br> Gerald Heinauer, Director of U.S. <br> Citizenship and Immigration Services at <br> the Nebraska Service Center; and <br> Robert S. Mueller, Director of the <br> Federal Bureau of Investigation, <br><br> DEFENDANTS. | 08CV 4197 <br> JUDGE BUCKLO <br> MAGISTRATE JUDGE DENLOW <br><br> A# 96 488 536 <br> A# 96 496 671 |

### PETITION FOR A RULING PURSUANT TO 8 U.S.C. SEC. 1361

The Plaintiffs, Kiritkumar B. Patel and his wife, Ridhdhiben M. Patel, by and through their attorney, Mazher M. Shah-Khan, respectfully requests for an order directing the Defendant to make a determination under 8 U.S.C. Sec. 1255, and also seek relief under the Administrative Procedure Act 5 U.S.C. Sec. 555(b) and 706(1), and declaratory relief under 28 U.S.C. Sec. 2201, following Mr. Kiritkumar B. Patel's employment based adjustment application, which was filed more than five years ago. In support of said request, the Plaintiffs state as follows:

### JURISDICTION AND VENUE

1.   This is a civil action brought pursuant to 8 U.S.C. Sec. 1255 to redress the deprivation of rights, privileges and immunities secured to the Plaintiffs, by which statutes jurisdiction is conferred, to compel the Defendant to perform a duty the

Defendant owes to the Plaintiffs.

2. Venue is also proper under 8 U.S.C. Sec. 1391(e), the Plaintiffs are residents of Illinois, and the Defendant is the Director of the Department of Homeland Security, which oversees the Citizenship and Immigration Services (CIS), an agency of the United States Government.

## PARTIES

3. The first Plaintiff, Kiritkumar B. Patel, is a citizen of India, who has filed an application to adjust to lawful permanent resident based on approved Immigrant Petition for Alien Worker (I-140). His alien registration number is A96 488 536. The second Plaintiff, Mrs. Ridhdhiben M. Patel, is Mr. Kiritkumar B. Patel's wife, who is a derivative beneficiary and who has also filed an application for lawful permanent resident. Her alien registration number is A96 496 671.

4. The Defendant is the Director of the Department of Homeland Security, which oversees the U.S. Citizenship and Immigration Services (USCIS); and, the Federal Bureau of Investigation (FBI). As such, they are charged with the duty of administration and enforcement of all the functions, powers and duties of CIS and FBI.

## CLAIMS FOR RELIEF

5. That the first Plaintiff, a citizen of India, applied for adjustment of status to a lawful permanent resident with the Defendant, the former Immigration and Naturalization Service, on March 26, 2003. The application for Employment Certification was filed on January 23, 2001, and approved on August 1, 2002. (See attached copy of Labor Certification, Exhibit A). The adjustment application was based on an approved Immigrant Petition for Alien Worker. (*See* the Attached Exhibits, B and C).

6. Over five years have passed since the Plaintiffs applied for adjustment of status, and yet, no further determination has been made to date. The attached copy of Immigrant Petition for Alien Worker (I-140) has a priority date of January 23, 2001; and, as regards Unskilled Workers (Other Workers) category for India, the priority date is January 1, 2003. (See attached printout from the Department of State's website, Exhibit D). In addition, according to the U.S. Citizenship and Immigration Service's website, the processing date for employment based adjustment applications, Nebraska Service Center, is June 25, 2007. (See attached printout of processing dates from the Service's website, Exhibit E).

7. The second Plaintiff, the wife of Mr. Kiritkumar B. Patel, Mrs. Ridhdhiben M. Patel, who is a derivative beneficiary and had also waited for more than five

\\Mazheroffice\clients\M thru Q\Patel, Kirit B\Mandamus.doc

2

years, has also not adjusted to a lawful permanent resident. Mrs. Patel, like her husband, filed for adjustment of status on March 26, 2003. (See attached Exhibit F).

8. The Plaintiffs have made numerous personal inquires to no avail.

9. According to the Interoffice Memorandum of USDHS/USCIS's Michael Aytes, Associate Director, Domestic Operations, Field Leaders have been directed to approve and proceed with card issuance of applications for adjustment of statuses, where the FBI name check has been pending for more than 180 days. The Plaintiffs' name check has been pending for much longer and no determination has yet been made by the Defendant.

10. The Plaintiffs have exhausted any administrative remedies that may exist.

**WHEREFORE,** the Plaintiffs pray that the Court:

A. Compel the Defendant and those acting under him to perform their duty to make a determination under 8 U.S.C. Sec. 1255, for relief under the Administrative Procedure Act 5 U.S.C. Sec. 555(b) and 706(1), and declaratory relief under 28 U.S.C. Sec. 2201, following the Plaintiffs' applications for lawful residency filed more than five years ago.

B. Grant them attorney's fees and cost associated with filing this complaint.

C. Grant them such other and further relief as this Honorable Court deems to be Just in equity.

Respectfully submitted,

Mazher M. Shah-Khan
Attorney for the Plaintiffs

Mazher M. Shah-Khan
The Law Office of Mazher M. Shah-Khan
Attorney for the Petitioner
P.O. Box 597315
Chicago, IL 60659

(773) 764-2500

\\Mazheroffice\clients\M thru Q\Patel, Kirit B\Mandamus.doc

3

## CERTIFICATE OF SERVICE

I, Mazher M. Shah-Khan, hereby certify that I caused a true copy of the foregoing **Petition for a Ruling Pursuant to 8 U.S.C. Sec. 1255, 5 U.S.C. Sec. 555(b) and 706(1), and 28 U.S.C. Sec. 2201** to be served upon each of the following, *via* Fedex, on July 2008:

Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

U.S. Citizenship & Immigration Services
U.S. Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Ave., N.W. Room 4025
Washington, DC 20536

Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Assistant United States Attorney
Office of the General Counsel
219 South Dearborn Street
Chicago, IL 60604

Robert S. Mueller, Director
Federal Bureau of Investigation
800 F. Street Northwest
Washington, DC 20004

Gerald Heinauer, Director
Department of Homeland Security
Nebraska Service Center
850 "S" Street
Lincoln, NE 68501

I, Mazher M. Shah-Khan, declare, under penalty of perjury, that the foregoing is true and correct.

_____          7/23/08
Mazher M. Shah-Khan                Date

Mazher M. Shah-Khan
Law Offices of Mazher M. Shah-Khan, P.C.
P.O. Box 597315
Chicago, Illinois 60659-73150

(773) 764-2500



FROM :                              FAX NO. :7737640307              Aug. 01 2006 01:29AM  P1

# U.S. DEPARTMENT OF LABOR
## EMPLOYMENT AND TRAINING ADMINISTRATION
230 South Dearborn Street
Chicago, Illinois 60604



**FINAL DETERMINATION**

V-IL31599-K
P2002-IL-05409413

In reply refer to: 5TGE-I  EH

August 1, 2002

<u>Kiritkumar Patel</u>
Alien's name

<u>Photo Technician</u>
Alien's Occupation

Qurbani Inc dba One Hour Photo
ATTY. SAMUEL MYERS
c/o MYERS & MYERS
5875 N. LINCOLN AVENUE, STE 244
CHICAGO, IL 60659-4614

<u>January 23, 2001</u>
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

<u>Form ETA 750 has been certified and is enclosed</u>. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Nebraska Service Center, P.O. Box 82521, Lincoln, NE 68501-2521.

Sincerely,


SARAH CARROLL
Certifying Officer

Attachments: ETA 750A, ETA 750B

cc:   State ES Agency
      Jaffar Khowaja

ETA 7145PA(REV.MAR.,1990)

# B

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|---|
| LIN-03-138-51557 | | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A96 488 536 |
| March 26, 2003 | | PATEL, KIRITKUMAR B. | |
| NOTICE DATE | PAGE | | |
| March 27, 2003 | 1 of 1 | | |

SMAUEL D. MYERS
MYERS & MYERS
5875 N LINCOLN AVE SUITE 244
CHICAGO IL 60659

Notice Type: Receipt Notice

Amount received: $ 1305.00

Section: Adjustment as direct beneficiary of immigrant petition

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get-up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



# C

Case 1:08-cv-04197 Document 1 Filed 07/24/2008 Page 9 of 19

Immigration and Naturalization Service

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-011-50153 | | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>October 16, 2002 | PRIORITY DATE<br>January 23, 2001 | PETITIONER<br>ROYAL ONE HOUR PHOTO |
| NOTICE DATE<br>March 7, 2003 | PAGE<br>1 of 1 | BENEFICIARY<br>PATEL, KIRITKUMAR B. |

ROYAL ONE HOUR PHOTO
C/O JAFFAR A KHOWAJA PRESIDENT
2300 W DEVON AVE
CHICAGO IL 60076

Notice Type: Approval Notice
Section: Other Workers,
Sec.203(b)(3)(A)(iii)

Courtesy Copy: Original sent to: MYERS, SAMUEL D

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



Form I-797C (Rev. 09/07/93) N

# D

Case 1:08-cv-04197  Document 1  Filed 07/24/2008  Page 11 of 19

# Visa Bulletin

*Number 120*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR JULY 2008

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during **July**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by June **6th** in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

**FAMILY-SPONSORED PREFERENCES**

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

**EMPLOYMENT-BASED PREFERENCES**

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers

not required by first and second
preferences, not more than 10,000 of which to "Other Workers".

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202 (e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

| Family | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | 15MAR02 | 15MAR02 | 15MAR02 | 22JUL92 | 15MAR93 |
| 2A | 01AUG03 | 01AUG03 | 01AUG03 | U | 01AUG03 |
| 2B | 15SEP99 | 15SEP99 | 15SEP99 | 08APR92 | 01MAR97 |
| 3rd | 08JUN00 | 08JUN00 | 08JUN00 | 08AUG92 | 01APR91 |
| 4th | 01SEP97 | 15FEB97 | 15FEB97 | 22DEC94 | 08MAR86 |

*NOTE: For July, 2A numbers **EXEMPT from per-country limit** will be unavailable because the annual limit for such visas will have been reached. This will only impact the processing of Mexico F2A applicants.

| | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| Employment-Based | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01APR04 | 01APR04 | C | C |
| 3rd | U | U | U | U | U |
| Other Workers | 01JAN03 | 01JAN03 | 01JAN03 | 01JAN03 | 01JAN03 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |

# E



Home   Contact Us   Site Map   FAQ

Search 

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## Nebraska Service Center Processing Dates
## Posted July 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Nebraska Service Center** Posted July 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | December 20, 2007 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | January 14, 2007 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | October 15, 2007 |
| I-102 | Application for Replacement/Initial | Initial issuance or replacement of a Form I- | April 16, 2008 |

|  | Nonimmigrant Arrival/Departure Record | 94 |  |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | June 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | June 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | May 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | April 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 16, 2008 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | November 19, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | November 19, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | April 16, 2008 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | April 16, 2008 |
| I-131 | Application for Travel Document | All other applicants for advance parole | April 16, 2008 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | March 14, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | June 14, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | May 10, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | February 15, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | August 03, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | February 27, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | March 22, 2007 |

| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | June 25, 2007 |
|---|---|---|---|
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | July 01, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | January 17, 2008 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 10, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | July 04, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | April 26, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | September 19, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | September 25, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | June 14, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | August 20, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | January 01, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | August 11, 2007 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | April 22, 2008 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | April 16, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c) | April 22, 2008 |

# F

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER** LIN-03-138-51648 | | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIVED DATE** March 26, 2003 | **PRIORITY DATE** | **APPLICANT** A96 496 671 PATEL, RIDHDHIBEN M. | |
| **NOTICE DATE** March 27, 2003 | **PAGE** 1 of 1 | | |

SAMUEL D. MYERS
MYERS & MYERS
5875 N LINCOLN AVE SUITE 244
CHICAGO IL 60659

Notice Type: Receipt Notice

Amount received: $ 1305.00

Section: Derivative adjustment

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830

